STATE OF NEW JERSEY v. JOHN GRAVES.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GOODWIN.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH MARTIN.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES FRANKLIN, A/K/A
JAMES FREELAND.

June 27, 1986.

Petition for certification denied.